**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

RITA DUDLEY                                                                                       PLAINTIFF

v.                                                                    CAUSE NO.: 3:16-CV-118-MPM-SAA

WAL-MART STORES, INC.                                                                      DEFENDANT

## ORDER STAYING CASE PENDING RULING ON MOTION TO REMAND

Plaintiff has filed a motion to remand to state court. Docket 6. Under Local Uniform Civil Rule 16(b)(1)(B) "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand or referral issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motions." Consequently, this case, as well as all discovery, is STAYED pending a ruling on the motion to remand. The parties may continue briefing the remand issue. Counsel are directed to notify the undersigned within seven days of a ruling on the motion to remand.

**SO ORDERED**, this the 12th day of July, 2016.

                                                              s/ S. Allan Alexander
                                                              UNITED STATES MAGISTRATE JUDGE